James C. PARKS, Plaintiff—Appellant,

v.

TULALIP RESORT CASINO,
Defendant—Appellee.

No. 10–35426.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 13, 2011.

James C. Parks, Marysville, WA, pro se.

Lisa Marie Vanderford–Anderson, Office of the Reservation Attorney, Tulalip Tribes Legal Department, Tulalip, WA, for Defendant–Appellee.

Before: SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

MEMORANDUM **

James C. Parks appeals pro se from the district court's judgment dismissing his employment discrimination action. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Carson Harbor Vill., Ltd. v. City of Carson,* 353 F.3d 824, 826 (9th Cir.2004). We affirm.

The district court properly dismissed Parks's action based on the doctrine of collateral estoppel because Parks was barred from relitigating the issue of sover-

eign immunity after it had been adjudicated in a previous dispute between these same parties. *See Hydranautics v. Film-Tec Corp.,* 204 F.3d 880, 885 (9th Cir.2000) (outlining requirements for application of collateral estoppel).

Parks's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

